1
2
3
4            UNITED STATES DISTRICT COURT

5                EASTERN DISTRICT OF CALIFORNIA

6
7
8                                    )
     FREDERICK JONES, SR.,           )        1:04 CV 06318 LJO DLB P
9                                    )
                    Plaintiff,       )        ORDER REQUIRING THAT
10                                   )        PLAINTIFF FILE A RESPONSE TO
          v.                         )        DEFENDANT'S MOTION TO
11                                   )        DISMISS
     ANGEL MARTINEZ,                 )
12                                   )        RESPONSE DUE IN THIRTY DAYS
                    Defendant.       )
13   _____)        [Doc. 40]

14

15          Plaintiff is a state prisoner proceeding pro per in a civil rights action pursuant to 42 U.S.C.

16   section 1983. On December 8, 2006, defendant filed a motion to dismiss based on plaintiff's failure

17   to follow an order issued by this court on November 9, 2006, requiring him to respond to defendant's

18   written discovery requests.  To date, plaintiff has not filed a response.

19           The plaintiff shall file a response to defendant's motion to dismiss outlining what his

20   position is with regard to providing discovery to defendant, as well as why he has failed to comply

21   with this court's order.  Plaintiff shall file a response within 30 days of the date of this order.

22   Plaintiff is advised that failure to do so may result in granting defendant's motion and dismissing

23   plaintiff's case with prejudice.

24          The court notes that defendant's motion for modification of the scheduling order is still

25   outstanding.  The court reserves its ruling on defendant's  motion for a modification pending the

26   outcome the instant order.

27   ///

28   ///

In accordance with the above, IT IS HEREBY ORDERED that:

1) Plaintiff shall file a response within 30 days of the filing of this order in accordance with the instructions outlined above; and

2) The Clerk of the Court is directed to serve this order and a copy of Defendant's Motion to Dismiss filed on December 8, 2006 (Doc. 40) on the plaintiff.


IT IS SO ORDERED.

**Dated:** __**June 20, 2007**__          _____**/s/ Dennis L. Beck**_____
                                        UNITED STATES MAGISTRATE JUDGE