UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK JONES, SR., | 1:04-cv-6318-LJO-DLB P |
| Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATION** |
| vs. | |
| ANGEL MARTINEZ, | (Docs. 37, 40,41,49,50,53) |
| Defendants. / | |

Plaintiff, Frederick Jones("plaintiff"), a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On September 4, 2007, the Magistrate Judge filed Findings and a Recommendation herein which were served on the parties and which contained notice to the parties that any objections to the Findings and Recommendation were to be filed within fifteen (15) days. To date, no objections to the Magistrate Judge's Findings and Recommendation have been filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendation to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation, filed September 4, 2007, are ADOPTED IN FULL; and,

2. The case is remanded back to the Magistrate Judge for further proceedings.

IT IS SO ORDERED.

**Dated:  September 25, 2007**              /s/ Lawrence J. O'Neill
                                         UNITED STATES DISTRICT JUDGE