**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

FREDERICK JONES, SR.,

CASE NO. CV-F-04-6318 OWW DLB P

ORDER DIRECTING PLAINTIFF TO RESPOND TO MOTION TO COMPEL

Plaintiffs,

vs.

ANGEL MARTINEZ,

Defendant.

_____/

Plaintiff is proceeding pro se and in forma pauperis in a civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding against defendant Martinez on plaintiff's original complaint, filed September 27, 2004. Now pending before the court is defendant's motion to compel, filed March 17, 2008 in which defendant contends that plaintiff is still not cooperating in discovery. Plaintiff is ordered to file a response to defendants' motion within 30 days of this order. Plaintiff is advised that his failure to file a response as ordered will result in dismissal of this action. No extensions will be granted without a showing of good cause. The Court will not tolerate further disregard for the Court's rules and orders by plaintiff.

IT IS SO ORDERED.

1

1    Dated:    **March 19, 2008**                    **/s/ Dennis L. Beck**
                                                     UNITED STATES MAGISTRATE JUDGE

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2