IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK JONES SR., | CASE NO. 1:04-cv-6318 LJO DLB PC |
| | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DENYING MOTION TO DISMISS |
| Plaintiff, | (Doc. 76) |
| vs. | |
| ANGEL MARTINEZ, | |
| Defendant. | |

Plaintiff Frederick Jones Sr., a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On December 16, 2008, the Magistrate Judge filed a Findings and Recommendations herein which was served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within fifteen days. The parties have not filed timely objections to the Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed December 16, 2008, is adopted in full; and
2. Defendant's motion to dismiss, filed August 5, 2008, is denied. IT IS SO ORDERED.

Dated:   January 26, 2009            /s/ Lawrence J. O'Neill
                                     UNITED STATES DISTRICT JUDGE

1